# Third District Court of Appeal

## State of Florida

Opinion filed April 1, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1479
Lower Tribunal No. F19-17810
_____

**Kellen L. Stuhlmiller,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Laura Anne Stuzin, Judge.

Reizenstein & Sola, PLLC and Alejandro Sola and Philip L. Reizenstein, for appellant.

James Uthmeier, Attorney General and Daniel Colmenares, Assistant Attorney General, for appellee.

Before LINDSEY, LOBREE and GOODEN, JJ.

PER CURIAM.

Affirmed.